UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:17-cr-00081-1

**United States of America**

v.

**Corey Shelton**

### ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on November 14, 2022, and issued a report and recommendation as to the disposition of this matter. Doc. 57. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Docs. 55, 56.

The court hereby accepts the report and recommendation of the magistrate judge. Defendant's supervised release is revoked and the court orders that defendant Corey Shelton be sentenced to time served with no further supervised release.

*So ordered by the court on November 14, 2022.*

J. CAMPBELL BARKER
United States District Judge